UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TED JENSEN,

                Plaintiff,

  v.

CINDY KLINE, *et al*.,

                Defendants.

Case No. C11-1380-MJP

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

The Court, having reviewed plaintiff's complaint, defendants' motion for summary judgment, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Defendants' motion for summary judgment (Dkt. No. 47) is GRANTED.

    (3)    Plaintiff's complaint (Dkt. No. 7) and this action are DISMISSED with prejudice.

//

//

//

//

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 1

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to Judge Donohue.

DATED this 21st day of October, 2012.

Marsha J. Pechman
United States District Judge

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 2